UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEMAL SIDI TALEB,

                Plaintiff-Petitioner,

            -against-

MERRICK GARLAND, *in his official capacity as Attorney General of the United States*;
ALEJANDRO MAYORKAS, *in his official capacity as Secretary of Homeland Security*;
UR MENDOZA JADDOU, *in her official capacity as Director of USCIS*;
BRYAN HEMMING, *in his official capacity as Director of the USCIS Houston Asylum Office*,

                Defendants-Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/3/2024_

24 Civ. 5536 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court is in receipt of the parties' letters dated November 27, 2024. ECF Nos. 12, 14–15. By **December 13, 2024**, the parties shall file a joint letter and proposed case management plan in accordance with the Court's order at ECF No. 9. By that date, Defendants shall also file their anticipated motion to extend the time to respond to Plaintiff's petition *nunc pro tunc*.

        SO ORDERED.

Dated: December 3, 2024
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge